

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:    In re Reginald Willis and Allied Aviation Fueling Company of Houston, Inc.

Appellate case number:  01-21-00208-CV

Trial court case number: 2019-81830

Trial court:            270th District Court of Harris County

Relators, Reginald Willis and Allied Aviation Fueling Company of Houston, Inc., have filed a petition for writ of mandamus challenging the trial court's denial of a jury trial. The case is currently set for trial on May 17, 2021. Relators have filed a motion for emergency relief asking that we stay all trial court proceedings. *See* TEX. R. APP. P. 52.10.

The Court **grants** relators' motion and **stays** all proceedings in the trial court pending disposition of this proceeding.

It is so ORDERED.

Judge's signature: _____Justice Hightower_____
                    ☐ Acting individually   ☑ Acting for the Court

Panel consists of Justices Kelly, Landau, and Hightower.

Date: ___May 5, 2021_____